ORANGE A. GREENE, as Trustee in Bankruptcy of BLAINE G. SNOOK, et al., Appellants, *v.* THE NEW YORK CENTRAL AND HUDSON RIVER RAILROAD COMPANY, Respondent.

*Negligence — railroads — action to recover for damage from fire caused by water backing on to premises and wetting lime stored therein through failure to keep culvert open.*

*Green* v. *N. Y. C. & H. R. R. R. Co.*, 188 App. Div. 996, affirmed. (Argued December 8, 1920; decided December 31, 1920.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered July 14, 1919, affirming a judgment in favor of defendant entered upon a verdict directed by the court. The action was to recover the value of several buildings and their contents alleged to have been destroyed by fire through defendant's negligence in failing to keep open a culvert under its tracks whereby. water backing up flooded the buildings in question and wetting certain lime stored therein caused the fire.

*Clayton I. Miller* for appellants.

*David C. Munson* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CHASE, CARDOZO, POUND, MCLAUGHLIN, CRANE and ANDREWS, JJ.